CD 226
Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Amy Battle Taylor, et al.,

_____
Plaintiff(s)

vs.                                                                 Civil Action No.: 10-CV-844 (RCL)

Islamic Republic of Iran

_____
Defendant(s)

### AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

The Islamic Republic of Iran
Ministry of Foreign Affairs
Khomeini Avenue
United Nations Street
Tehran, Iran

by: (check one)   ☑ registered mail, return receipt requested
                  ☐ DHL

pursuant to the provisions of: (check one)
                  ☐ FRCP 4(f)(2)(C)(ii)
                  ☑ 28 U.S.C. § 1608(a)(3)
                  ☐ 28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): The Islamic Republic of Iran, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

Patrick M. Donahue, Esq.
The Donahue Law Firm
18 West Street
Annapolis, MD 21401

(Name and Address)