UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMY BATTLE TAYLOR, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 10-cv-844 (RCL) |
| | ) | |
| ISLAMIC REPUBLIC OF IRAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER AND JUDGMENT**

In accordance with the Memorandum Opinion issued this date, it is hereby

ORDERED that final judgment is entered in favor of all plaintiffs and against defendant

Islamic Republic of Iran; it is furthermore

ORDERED that plaintiffs are awarded $148,000,000 in compensatory damages and

$509,120,000 in punitive damages, for a total award of $657,120,000, to be distributed as

follows:

| Plaintiff  Name | Solatium | Punitive | Totals |
|---|---|---|---|
| Amy Battle Taylor | $3,000,000 | $10,320,000 | $13,320,000 |
| Estate of Corinne Collins | $5,000,000 | $17,200,000 | $22,200,000 |
| Beth Holloway | $2,500,000 | $8,600,000 | $11,100,000 |
| Juanita R. Goldfarb | $8,000,000 | $27,520,000 | $35,520,000 |
| Mary Hernandez | $8,000,000 | $27,520,000 | $35,520,000 |
| James Hernandez | $3,000,000 | $10,320,000 | $13,320,000 |
| Marcus A. Hernandez | $3,000,000 | $10,320,000 | $13,320,000 |
| Matilde Hernandez, III | $3,000,000 | $10,320,000 | $13,320,000 |
| Veronica Hernandez | $3,000,000 | $10,320,000 | $13,320,000 |
| Delfina Arriola | $2,500,000 | $8,600,000 | $11,100,000 |
| Hortencia Ortunio | $2,500,000 | $8,600,000 | $11,100,000 |
| Margaret Santiago | $2,500,000 | $8,600,000 | $11,100,000 |
| Rodolfo-Rudy Hernandez | $2,500,000 | $8,600,000 | $11,100,000 |

| | | | |
|---|---|---|---|
| Richard Hernandez | $2,500,000 | $8,600,000 | $11,100,000 |
| Josie Cortez | $2,500,000 | $8,600,000 | $11,100,000 |
| Estate of Leonardo Hernandez | $2,500,000 | $8,600,000 | $11,100,000 |
| Robert Muffler, Jr. | $2,500,000 | $8,600,000 | $11,100,000 |
| Ronald Tishmack | $2,500,000 | $8,600,000 | $11,100,000 |
| Leslie Tishmack | $2,500,000 | $8,600,000 | $11,100,000 |
| Estate of Teresa Tishmack | $5,000,000 | $17,200,000 | $22,200,000 |
| Celia Walker | $5,000,000 | $17,200,000 | $22,200,000 |
| Annise Crawford | $2,500,000 | $8,600,000 | $11,100,000 |
| Elizabeth James | $2,500,000 | $8,600,000 | $11,100,000 |
| Dorothy C. Wint | $5,000,000 | $17,200,000 | $22,200,000 |
| Kenneth C. Wint | $2,500,000 | $8,600,000 | $11,100,000 |
| Linda Valania | $2,500,000 | $8,600,000 | $11,100,000 |
| Robert Wint | $2,500,000 | $8,600,000 | $11,100,000 |
| Sheila Featherstone | $2,500,000 | $8,600,000 | $11,100,000 |
| Estate of Walter Emerson Wint, Sr. | $5,000,000 | $17,200,000 | $22,200,000 |
| Jutta Yarber | $8,000,000 | $27,520,000 | $35,520,000 |
| David Yarber | $3,000,000 | $10,320,000 | $13,320,000 |
| Deborah Yarber | $3,000,000 | $10,320,000 | $13,320,000 |
| Robert Yarber | $3,000,000 | $10,320,000 | $13,320,000 |
| Hazel Renton | $2,500,000 | $8,600,000 | $11,100,000 |
| Alene Masterson | $2,500,000 | $8,600,000 | $11,100,000 |
| Clifford Yarber | $2,500,000 | $8,600,000 | $11,100,000 |
| Catherine Arnold | $5,000,000 | $17,200,000 | $22,200,000 |
| Cathy Wendy Arnold | $2,500,000 | $8,600,000 | $11,100,000 |
| Mark Arnold | $2,500,000 | $8,600,000 | $11,100,000 |
| Moses Arnold, Sr. | $5,000,000 | $17,200,000 | $22,200,000 |
| Moses Bernard Arnold | $2,500,000 | $8,600,000 | $11,100,000 |
| Rosalind Arnold | $2,500,000 | $8,600,000 | $11,100,000 |
| Sandy Christine Ackley | $2,500,000 | $8,600,000 | $11,100,000 |
| Timothy Dion Arnold | $2,500,000 | $8,600,000 | $11,100,000 |

ORDERED that defendant Islamic Republic of Iran shall be liable for the entire

$657,120,000 amount; it is furthermore

2

ORDERED that plaintiffs shall forthwith, at their own cost and consistent with the

requirements of 28 U.S.C. § 1608(e), send a copy of this Order and Judgment, and the

Memorandum Opinion issued this date, to defendant.

This is a final, appealable order.  *See* Fed. R. App. P. (4)(a).

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth on August 2, 2012.