## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| AMY BATTLE TAYLOR, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 10-844 (RCL) |
| ISLAMIC REPUBLIC OF IRAN, | ) |
| Defendant. | ) |

### ORDER

Before this Court is Plaintiff's Motion [35] for an Order pursuant to 28 U.S.C. § 1610(c). The Court will GRANT that Motion.

Section 1610(c) of Title 28 of the U.S. Code provides that "[n]o attachment or execution . . . shall be permitted until the court has ordered such attachment and execution after having determined that a reasonable period of time has elapsed following the entry of judgment and the giving of notice required under section 1608(e) of this chapter." 28 U.S.C. § 1610(c). This Court entered judgment in favor of Plaintiffs on August 2, 2012 [ECF Nos. 26 & 27]. Post-judgment service was effected on Defendant, Islamic Republic of Iran, on June 26, 2013. *See* Letter from William Fritzlen, attorney Advisor with the United States Department of State, Overseas Citizen Services, Office of Legal Affairs, dated October 10, 2013, accompanied by a certified copy of Diplomatic Note 1063-IE (both filed on October 15, 2013 [ECF No. 34]). Notwithstanding the post-judgment service, the subject judgments remain unpaid.

This Court finds that a reasonable period of time has passed sufficient for entry of an order pursuant to § 1610(c).  *See, e.g.*, *Ned Chartering & Trading, Inc. v. Republic of Pakistan*, 130 F. Supp. 2d 64, 67 (D.D.C. 2001) (collecting cases to conclude "that other courts have found periods such as two or three months sufficient to satisfy section 1610(c)'s requirements" and separately determining that six weeks was acceptable).  Accordingly, it is hereby

ORDERED that Plaintiffs' Motion for Entry of an Order pursuant to 28 U.S.C. § 1610(c) is GRANTED.  It is further

ORDERED that a reasonable period of time has elapsed following the entry of the subject August 2, 2012 Judgment and Order and the giving of notice of it under 28 U.S.C. § 1608(c), which occurred on June 26, 2013.  It is further

ORDERED that Plaintiffs, now judgment creditors, are authorized to pursue attachment in aid of the August 2, 2012 Judgment as permitted by 28 U.S.C. § 1610.

**IT IS SO ORDERED.**

Signed by Royce C. Lamberth, U.S. District Judge, on November 8, 2013.